# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0903
Lower Tribunal No. F14-700
_____

**Edward R. Brown,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Edward R. Brown, in proper person.

Ashley Moody, Attorney General, for respondent.

Before EMAS, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Denied. See Baker v. State, 878 So. 2d 1236, 1245 (Fla. 2004) ("The

remedy of habeas corpus is not available in Florida to obtain the kind of

collateral postconviction relief available by motion in the sentencing court pursuant to rule 3.850.") (citation omitted); <u>Mills v. Dugger</u>, 574 So. 2d 63, 65 (Fla. 1990) ("[H]abeas corpus is not to be used `for obtaining additional appeals of issues which were raised, or should have been raised, on direct appeal ... or which could have, should have, or have been raised in' prior postconviction filings.") (citation omitted); <u>Brown v. State</u>, No. 3D20-1939 (Fla. 3d DCA Feb. 24, 2021) (denying postconviction appeal of ineffective assistance of trial counsel); <u>Brown v. State</u>, No. 3D21-56 (Fla. 3d DCA Feb. 3, 2021) (denying postconviction appeal raising other grounds).